IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                            ) | CRIMINAL NO. 3:16-MJ-31 |
| ) | |
| GARRY T. MAYE        ) | |
| ) | |
| Defendant.              ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, GARRY T. MAYE, was on Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, in the Eastern District of Virginia.

2. Hunter Holmes McGuire Veterans Administration Medical Center is property administered by the Department of Veterans Affairs and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE
### (Citation No. 2516486)

On or about December 22, 2015, in the Eastern District of Virginia at Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, property administered by the Department of Veterans Affairs, being within the jurisdiction of this Court and within the special territorial jurisdiction of the United States, defendant, GARRY T. MAYE, did embezzle, steal, purloin, or knowingly convert to his own use a thing of value to the United States, or a department or agency of the United States; or, received, concealed, or retained the same with

intent to convert it to his own use or gain, knowing it to have been embezzled, stolen, purloined, or converted.

(In violation of Title 18, United States Code, Section 641).

                DANA J. BOENTE
                UNITED STATES ATTORNEY

By: _____
       Stephen E. Anthony
       Assistant United States Attorney